**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-533-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-534-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-535-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-CV-536-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-CV-537-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 6:20-CV-538-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § § | |
| Defendants. | § § | |

2

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>             Plaintiff,<br><br>     v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>             Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:20-CV-539-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>             Plaintiff,<br><br>     v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>             Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:20-CV-540-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>             Plaintiff,<br><br>     v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>             Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:20-CV-541-ADA |

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>        Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>        Defendants. | §§§§§§§§§§§§§ NO. 6:20-CV-542-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>        Plaintiff,<br><br>v.<br><br>HUAWEI INVESTMENT & HOLDING<br>CO., LTD.,<br><br>        Defendants. | §§§§§§§§§§§§§§ NO. 6:20-CV-543-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>        Plaintiff,<br><br>v.<br><br>HUAWEI INVESTMENT & HOLDING<br>CO., LTD.,<br><br>        Defendants. | §§§§§§§§§§§§§§ NO. 6:20-CV-544-ADA |

## **HUAWEI'S IDENTIFICATION OF CLAIM TERMS FOR CONSTRUCTION**

Pursuant to the Court's Version 3.2 of the Court's Order Governing Proceedings and the Court's Scheduling Order entered November 9, 2020, Defendants' hereby notify the Court that

Defendants have served its proposed claim terms for construction on Plaintiff WSOU Investments LLC. via electronic mail on December 21, 2020.

Dated:  December 22, 2020                              Respectfully submitted,

/s/ Jason W. Cook
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**McGuireWoods LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
jcook@mcguirewoods.com
shassett@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**McGuireWoods LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
tvanhoutan@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA*

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on December 22, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                          */s/ Jason W. Cook*
                                                          Jason W. Cook