# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-533-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-534-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-535-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>　　　　Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-536-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>　　　　Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-537-ADA |
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI TECHNOLOGIES CO. LTD.,<br>ET AL.<br><br>　　　　Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-538-ADA |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>             Plaintiff,<br><br>     v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., ET AL.<br><br>             Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-539-ADA |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>             Plaintiff,<br><br>     v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., ET AL.<br><br>             Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-540-ADA |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>             Plaintiff,<br><br>     v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., ET AL.<br><br>             Defendants. | §§§§§§§§§§§§§ | NO. 6:20-CV-541-ADA |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-542-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-543-ADA |
| HUAWEI INVESTMENT & HOLDING CO., LTD., | § § § | |
| Defendants. | § § § | |
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-544-ADA |
| HUAWEI INVESTMENT & HOLDING CO., LTD., | § § § | |
| Defendants. | § § | |

## HUAWEI'S NOTICE OF COMPLIANCE REGARDING DISCLOSURE OF EXTRINSIC EVIDENCE

Pursuant to the Court's Version 3.2 of the Court's Order Governing Proceedings and the Court's Scheduling Order entered November 9, 2020, Defendants' hereby notify the Court that

Defendants have disclosed the extrinsic evidence they intend to rely upon concerning claim construction on Plaintiff WSOU Investments LLC via electronic mail on January 15, 2021.

Dated:  January 15, 2020		Respectfully submitted,

*/s/ Jason W. Cook*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**McGuireWoods LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
jcook@mcguirewoods.com
shassett@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**McGuireWoods LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
tvanhoutan@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on January 15, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                                     */s/ Jason W. Cook*  
                                                                     Jason W. Cook